# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1401
LT Case No. 1992-CF-000279-A
_____

TIMOTHY B. COOKSTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Timothy B. Cookston, Live Oak, pro se.

No Appearance for Appellee.

February 26, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____